UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| AMY DIELSCHNEIDER, | Civil No. 3:18-cv-01476-BR |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $4908.49 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Brian Scott Wayson, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

DATED this 8th day of October, 2019.

_____
Anna J. Brown
United States District Court Judge

ORDER AWARDING EAJA ATTORNEY FEES
3:18-cv-01476-BR

# LIMITED POWER OF ATTORNEY

I, the undersigned disability claimant, have retained Brian S. Wayson and Tiffany Blackmon of Cascadia Disability Law LLC (hereinafter "CDL") as my attorneys to represent me in my disability claim, and I authorize CDL to:

1. Endorse all checks made out to me regarding any settlement fees, costs or expenses pursuant to the Equal Access to Justice Act (EAJA) or any other law in the matter of my claim against the Commissioner of Social Security.

2. Apply to the government and/or court to have any EAJA awards and/or EAJA settlement checks made payable directly to CDL and sent directly to CDL's office (P.O. Box 12028 Portland, OR 97212).

I hereby grant CDL full power and authority to perform the above actions as well as additional actions which may be necessary in order to accomplish the above actions.

Dated this __24th__ [day] of __July__ [month], 20__18__ [year]

Signature: _Amy Clare Dielschneider_

Printed name: __AMY CLARE DIELSCHNEIDER__

State of __OREGON__, County of __MULTNOMAH__

The above named person personally appeared before me and acknowledged the foregoing instrument to be his/her voluntary act and deed.

Before (Notary name): __Bobby Earl Roberts__
Notary Public of (State): __Oregon__
My commission expires (date): __2-15-2022__

Stamp:



OFFICIAL STAMP
BOBBY EARL ROBERTS
NOTARY PUBLIC - OREGON
COMMISSION NO 971677
MY COMMISSION EXPIRES FEBRUARY 15, 2022