UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Amy Dielschneider,

    Plaintiff,

Civil No. 3:18-cv-01476-BR

ORDER AWARDING ATTORNEY FEES
PURSUANT TO 42 USC 406(b)

vs.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Pursuant to 42 USC 406(b) it is hereby ordered that attorney's fees of $20,091.51 shall be awarded to Plaintiff's counsel. The attorney fee of $4,908.49 allowed pursuant to the Equal Access to Justice Act already has been deducted from the gross fee amount contemplated by 42 USC 406(b). The check for the net 42 USC 406(b) fees shall be made payable to Brian Scott Wayson. Any check for 42 USC 406(b) fees shall be mailed to Plaintiff's counsel, Brian Scott Wayson, at PO Box 12028 Portland, OR 97212.

IT IS SO ORDERED.

    DATED this 19th day of August, 2022.

                                          /s/ Anna J. Brown
                                        _____
                                        The Hon. Anna J. Brown
                                        United States Senior District Judge

ORDER AWARDING 406(b) ATTORNEY FEES
3:18-cv-01476-BR